# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 8, 2008

134888 & (48)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

TERRY R. BAKER, d/b/a
KATER ENGINEERING ASSOCIATES,
            Plaintiff-Appellee,

v

HBI,
            Defendant,

and

GREWAL DEVELOPMENT, LLC,
            Defendant-Appellant.

SC: 134888
COA: 265994
Ingham CC: 04-001196-CH

_____/

On order of the Court, the application for leave to appeal the June 12, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to strike the plaintiff's brief is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 8, 2008

_____
                Clerk

p1217